STATE OF NEW JERSEY v. ROBERT PAYNE.

January 18, 1973. Petition for certification denied.

HARRIET P. WESER v. TOWNSHIP OF OCEAN.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO LEO ANZALDO.

January 18, 1973. Petition for certification denied.

LESTER DANZIS v. TENEN QUILT COMPANY.

January 18, 1973. Petition for certification denied.

RAYMOND GORECKI v. UNITED EXCAVATING COMPANY.

January 18, 1973. Petition for certification granted.

ELEANOR ADELSON v.
GREAT ATLANTIC & PACIFIC TEA CO.

January 18, 1973. Petitions for certification denied.